UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARK SIRICO, as next friend**
**of VALERIE SIRICO, a minor,**

    **Plaintiff**

       **v.**                            CIV. NO. 11-326 WDS/ACT

**LAWRENCE VASQUEZ and**
**JOEY FERNANDEZ, in their**
**individual capacities, and the**
**CITY OF SANTA FE**

    **Defendants**

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT**
**AND RECOMMENDATION RE: SETTLEMENT**
**ON BEHALF OF MINORS AND DISMISSING CASE**

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 13], filed July 8, 2011. The Magistrate Judge held a fairness hearing on June 30, 2011 to evaluate the proposed settlement involving the minor plaintiff. The Magistrate Judge recommended approval of the settlement. The parties have no objections to the Magistrate Judge's findings and recommendation, and pursuant to 28 U.S.C. §636(b)(1)(C), have waived their right to file such objections.

IT IS THEREFORE ORDERED that the Proposed Findings and Recommended Disposition of the Magistrate Judge are adopted by the Court, and the settlement is approved.

IT IS FURTHER ORDERED that the parties are directed to submit closing documents to the Court within 15 days.

IT IS SO ORDERED.

                                                            _____
                                                            W. Daniel Schneider
                                                            United States Magistrate Judge